Marshall, CJ, Matthias, Day, Allen and Kinkade, JJ, concur. Jones, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**

## CULBERTSON CO et v WARDEN

Ohio Supreme Court

No 22324. Decided Feb 11, 1931

Jones, Matthias, Day, Allen and Kinkade, JJ, concur.

Full opinion will be published, later. Watch **Omnibus Index.**

## STATE ex SHEPPLER v INDUST. IAL COMMISSION

Ohio Supreme Court

No 22541. Decided Feb 12, 1931

Marshall, CJ, Jones, Day, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

## SUBURBAN POWER CO v P U C
## OHIO POWER CO v P U C

Ohio Supreme Court

Nos 22440 and 22477

Decided Feb. 11, 1931

Order Affirmed in No. 22440
Modified & Remanded in No. 22477